# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BRYAN COUNTS** | **CIVIL ACTION NO. 17-1040** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **THE HOME DEPOT U.S.A., INC.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the instant suit is hereby DISMISSED WITHOUT PREJUDICE.

Monroe, Louisiana, this 3rd day of April, 2019.

Terry A. Doughty
United States District Judge